540                    [Miami Circuit Court, October Term, 1893.]

SEARCH, ADMR. v. PENCE, ADMR.

For opinion in this case see 5 Ohio Circ. Dec., 689.